UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOYLE WAYNE SMITH,          )<br>                             )<br>     Plaintiff,             )<br>                             )     NO. CV-10-453-CI<br>     v.                      )<br>                             )<br>MICHAEL J. ASTRUE,           )     **JUDGMENT IN A**<br>Commissioner of Social Security, )  **CIVIL CASE**<br>                             )<br>     Defendant.              )<br>_____) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART.** The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment dismissal is **DENIED**, and Judgment is entered for Plaintiff.

DATED: September 6, 2012

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk

cc: all counsel